UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

UNITED STATES OF AMERICA

        -against-

ANTHONY MOLINA,

               Defendant.

-----------------------------------------------x

**ORDER**

19 Cr. 449-03 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The Federal Defender's Office attorney assigned to this case __**Jason Ser**__ is hereby ordered
                                                       Attorney's Name

substituted and the representation of the defendant in the above captioned matter is assigned to

C.J.A. attorney __**Joseph Vita**__.
               Attorney's Name

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New York
          November 25, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2020