**MEMO ENDORSED**

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
327 Irving Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-690-2007

Via ECF

January 14, 2021

Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   **USA v. Anthony Molina;  19 CR 449 (NSR)** -03

Dear Judge Roman:

    Mr. Molina is released on a bond with electronic home monitoring and pretrial supervision. His physician has prescribed a necessary medical procedure (an MRI) which will require temporary removal of the monitoring bracelet.  Mr. Molina contacted his pretrial service officer Leo Barrios and provided necessary documentation.  I also spoke to Officer Barrios who indicated to me that he consents to the medical procedure being conducted but would require express Court authorization for temporary removal of the bracelet for the MRI test.  I am requesting that the Court order this, subject to the pretrial officer's supervision and monitoring of this procedure including any scheduling requirements.  I contacted AUSA Lindsey Keenan who stated that the Government has no objection.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

Upon the Pretrial Officer's consent and without objection by the Gov't, the Court grants Deft's request for temporary removal of the monitoring bracelet to allow for the MRI to be conducted.  However, immediately after the procedure the monitor must be re-installed and activated.  The Clerk of Court is requested to terminate the motion (doc. 108).
Dated:  Jan. 14, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2021