UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

ANTHONY MOLINA,

        Defendant.

----------------------------------------------------------X

**ORDER**

S1 19 Cr.449-03 (NSR)

**ROMÁN, U.S. District Judge:**

The attorney _____Dawn M. Florio_____ privately retained to represent defendant is hereby ordered
               Attorney's Name

discharged and the representation of the defendant in the above captioned matter is assigned to

_____Joseph A. Vita_____ , CJA counsel.
      Attorney's Name

**SO ORDERED.**

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New York
         April 22, 2021

