UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    - against -

ANTHONY MOLINA,

                      Defendant(s).

-----------------------------------------------------------X

**ORDER**

S1 19 Cr. 449-03 (NSR)

Román, D.J.:

    Defendant is ORDERED remanded to U.S. Marshal Office custody.

SO ORDERED.

Dated:    White Plains, New York
           June 23, 2021

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/23/2021__