```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

v.

ANTHONY MOLINA,

                Defendant.

---

7:19 CR 449-3 (NSR)

SCHEDULING ORDER

NELSON S. ROMÁN, United States District Judge:

The Second Circuit has remanded this matter for further proceedings and vacated Anthony Molina's October 12, 2021 judgment of conviction as to Counts III and VI. (ECF No. 237.) Thus, it is hereby:

ORDERED that the above case is scheduled for **In-Person Status Conference on September 7, 2023, at 2:45 pm**.

Any interested party may listen to this status conference via teleconference. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound** (#) **to enter the teleconference as a guest.**

Dated:  July 27, 2023
        White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge